UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOSE BARRERA, | ) ED CV 09-01902-SH |
| | ) |
|     Plaintiff, | ) JUDGMENT |
| | ) |
|    v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, Social Security, | ) |
| Administration, | ) |
| | ) |
|       Defendant. | ) |
| _____ | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: June 22, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE